UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELO DE LOS SANTOS, SANDRO MAYORAL-CLIMICO, and AARON CRUZ AGUACATITLA, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>HAT TRICK PIZZA, INC. d/b/a/ Domino's Pizza, *et al.*<br><br>                    Defendants. | Case No. 1:16-cv-06274-AJN |

**DOMINO'S PIZZA, INC., DOMINO'S PIZZA LLC AND DOMINO'S PIZZA FRANCHISING LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Domino's Pizza, Inc., Domino's Pizza LLC and Domino's Pizza Franchising LLC hereby certifies as follows:

1. Domino's Pizza Master Issuer LLC ("Master Issuer") is the sole member of Domino's Pizza Franchising LLC, a Delaware corporation.

2. Master Issuer is a Delaware limited liability company. Domino's Pizza SPV Guarantor LLC ("Guarantor") is the sole member of Master Issuer.

3. Guarantor is a Delaware limited liability company. Guarantor's sole member is Domino's Pizza LLC.

4. Domino's Pizza LLC is a Michigan limited liability company. The sole member of Domino's Pizza LLC is Domino's, Inc.

5. Domino's, Inc., is a Delaware corporation. The parent corporation of Domino's, Inc., is Domino's Pizza, Inc. No other publicly held company owns 10% or more of Domino's, Inc.'s stock.

6. Domino's Pizza, Inc. is a publicly held Delaware corporation. Domino's Pizza, Inc., has no parent corporation, nor does any other publicly held corporation own 10% or more of Domino's Pizza, Inc.'s stock.

Dated: New York, New York
October 31, 2016

Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ Joseph A. Piesco
    Joseph A. Piesco

Eric J. Wallach, Esq.
Joseph A. Piesco, Esq.
Garrett D. Kennedy, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
E-mail: joseph.piesco@dlapiper.com

*Attorneys for Defendants Domino's Pizza, Inc., Domino's Pizza LLC and Domino's Pizza Franchising LLC*